■ PEOPLE v WILBERT JONES. [614 NYS2d 103] —Motion for writ of error coram nobis granted, and the order of this Court entered on March 4, 1993 (191 AD2d 206) is recalled and vacated, and appellant's judgment of conviction reversed and the matter remanded for a new trial. Concur—Sullivan, J. P., Wallach, Ross and Asch, JJ.